# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| NGUYEN VU, | : No. 111 EM 2014 |
| Petitioner | : |
| v. | : |
| JOSEPH H. EVERS PROTHONOTARY/CLERK OF COURTS COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 24th day of September, 2014, the "Complaint," treated as a Petition for Writ of Mandamus, is **DENIED**.